# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

R. Julka, et al.

                          Plaintiff,

v.                                                    Case No.: 1:17–cv–02849
                                                           Honorable Matthew F. Kennelly

Butler Illinois School District #53, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held and completed on 12/20/2019. Jury begins deliberations. Jury returns verdict. The Clerk is directed to enter Judgment as follows: Judgment is entered on count one (1), in favor of defendant Board of Education and against plaintiff R.J.; on count two a (2a) in favor of defendants Board of Education, Heidi Wennstrom, Kelly Voliva, and Alan Hanzlik against plaintiff R.J.; on count two b (2b) in favor of defendants Board of Education, Heidi Wennstrom, Kelly Voliva, and Alan Hanzlik against plaintiff A.J.; on count two c (2c) in favor of plaintiff Rahul Julka against defendants Board of Education and Alan Hanzlik; in favor of defendants Heidi Wennstrom and Kelly Voliva against plaintiff Rahul Julka; on count two d (2d) in favor of defendants Board of Education, Heidi Wennstrom, Kelly Voliva, and Alan Hanzlik against plaintiff Komal Julka. No compensatory damages awarded. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.