# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Julka et al,

Plaintiff(s),

v.

Butler Illinois School District #53 et al,

Defendant(s).

Case No. 17 C 2849
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered on count one (1), in favor of defendant Board of Education and against plaintiff R.J.; on count two a (2a) in favor of defendants Board of Education, Heidi Wennstrom, Kelly Voliva, and Alan Hanzlik against plaintiff R.J.; on count two b (2b) in favor of defendants Board of Education, Heidi Wennstrom, Kelly Voliva, and Alan Hanzlik against plaintiff A.J.; on count two c (2c) in favor of plaintiff Rahul Julka against defendants Board of Education and Alan Hanzlik; in favor of defendants Heidi Wennstrom and Kelly Voliva against plaintiff Rahul Julka; on count two d (2d) in favor of defendants Board of Education, Heidi Wennstrom, Kelly Voliva, and Alan Hanzlik against plaintiff Komal Julka. No compensatory damages awarded.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date:    12/20/2019                                        Thomas G. Bruton, Clerk of Court

                                                                              Melissa Astell, Deputy Clerk