

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: Case Number:

Case Title: Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑ Document entered in error.

❑ Document withdrawn or removed per court order of   6/18/2020

❑ Incorrect document linked.

❑ Other:

❑ Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/
  Deputy Clerk

Rev. 11/29/2016